| 3-3-17 | Brian Maleska | S | 1 | 17536 | | 11566 | 50 | 00 |
|---|---|---|---|---|---|---|---|---|
| DATE | RECEIVED FROM | RECD. BY | | RECEIPT CODE | PROCESS NO. | PYMT. CODE | RECEIPT NO. | RECEIPT AMOUNT |

**STEARNS COUNTY SHERIFF'S OFFICE**
JOHN L. SANNER, SHERIFF
ST. CLOUD, MN 56303

PAYMENT CODE
C = CASH
V = CHECK
B = BOTH

CODES

1. ADVANCE PAYMENTS
2. MILEAGE
3. FEES
4. COPIES
5. MISCELLANEOUS
6. BAIL & FINES
7. EXECUTION
8. PROPERTY TAX
9. TAX PENALTY
10. CLERK OF COURTS

11566

St. Cloud, Minn. __MARCH 17__, 20__17__          BRIAN MALESKA

No. __17 536__                                    37013 CR 2

                                                  ST JOSEPH MN 56374

# SHERIFF'S DAILY RECORD

| | AMOUNT OF FEES | | |
|---|---|---|---|
| BRIAN MALESKA  Plantiff | Service Fee 50.00 | SUMMONS | Kind of Process |
| | Deputy Time | | |
| VS. | Copies | Date Served | Served By |
| BRANDON LEE GANZ  Defendant | Posting Notices | | |
| | Conducting Sale | | |
| | County Comm. | | |

UPON WHOM PAPERS WERE SERVED                OTHER DUTIES PERFORMED OR COMMENTS

PAID
MAR 17 201
BY:
CASH

ADVANCE: 11306    $ 50.00
TOTAL CHARGES:    $ 50.00
AMT. DUE:         $ -0-

**PLEASE RETURN THIS STATEMENT WITH YOUR REMITTANCE**

**STEARNS COUNTY SHERIFF**
P.O. BOX 217
ST. CLOUD, MN 56302

#221-3336 (Rev. 12/99)

STATE OF MINNESOTA  
COUNTY OF STEARNS

**CERTIFICATE OF SERVICE**   FILE NO. _____

I hereby certify that on the __17TH__ day of __MARCH__ 20__17__ at __1255__ hrs, at:  
__807 COURTHOUSE SQ   ST CLOUD_____,  
County of Stearns, State of Minnesota, I duly served the following:

____ Summons & Complaint  
____ Eviction Summons & Complaint  
____ Order to Show Cause  
____ Notice of Motion  
____ Motion  
____ Affidavit  
____ Summons & Petition

____ Order Granting Petition for Ex Parte HRO, Petition, Affidavit  
____ Order Denying Petition  
____ Harassment Order After Hrg.  
____ Subpoena  
____ Statement of Claim and Summons  
____ Writ of Recovery

____ Ex Parte Order for Protection, Petition, Affidavit  
____ Order for Hearing, Affidavit, Petition  
____ Order for Protection After Hrg.  
____ Request for Hearing  
____ Notice of Hearing

____ Notice of Mortgage Foreclosure Sale; Homestead Designation Notice; Help for Homeowners in Foreclosure; Advice to Tenants; Notice of Redemption Rights, upon persons in possession of the land/premises described in said Notice

__X__ OTHER: __SUMMONS (U.S. BANKRUPTCY), ATTACHMENT_____

UPON THE FOLLOWING PARTY: __BRANDON LEE GANZ_____

__X__ Personally

____ By leaving a copy with _____ a person of suitable age and discretion residing therein.

____ By handing to and leaving with _____, _____  
(corporate service)   (Name)   (Title)

================================================================

**CERTIFICATE OF VACANCY**

____ I hereby certify that on the _____ day of _____, 20____, this officer went upon the land and premises described as : _____  
for the purpose of serving said persons in possession thereof; and that on said date, and for an unknown time prior to, all said land is believed to be wholly vacant and unoccupied.

================================================================

**CERTIFICATE OF UNSERVED PROCESS**

The attached process is being returned for the following reason(s):

____ Person Moved, No Forwarding  
____ No Such Address  
____ Unable to Get Response

================================================================

Date: __03-17-17_____   JOHN SANNER, SHERIFF OF STEARNS COUNTY

By: _____, Deputy Sheriff

# Benton County Sheriff's Office

Civil Process
581 Hwy 23, PO Box 159
Foley, MN 56329
(320) 968-8152

**INVOICE**

Brian Gerry Maleska vs. Brandon Lee Ganz

| | |
|---|---|
| Invoice# | 1630 |
| Court File# | 16-32918 |
| Source File# | |
| Civil File# | 16001507 |
| Date | 12-15-2016 1436 |

Brian Gerry Maleska
37013 County Road 2
St Joseph, MN 56374

**Process Type:** Summons and Complaint

| Documents | |
|---|---|
| Type | Title |
| Bankruptcy Summons and Complaint | |

| Billables | | | | | |
|---|---|---|---|---|---|
| Billable Type | Service Date/Time | Notes | Quantity | Unit Price | Cost |
| Service Fee | 12-23-2016 1744 | Not Found/Brandon Lee Ganz | 1 | 50.00 | 50.00 |
| | | | | **Total:** | **$ 50.00** |

| Payments | | | | |
|---|---|---|---|---|
| Payment Type | Date | Check# | Description | Amount |
| 01-200-000-0000-5500 Civil Process | 12-15-2016 | CASH | | 50.00 |
| | | | **Total:** | **$ 50.00** |

| | |
|---|---|
| Invoice Total: | $ 50.00 |
| Payment Total: | $ 50.00 |
| **Total Due:** | **$ 0.00** |

Please call the Civil Division with any questions.

# Benton County Sheriff's Office

Civil Process
581 Hwy 23, PO Box 159
Foley, MN 56329
(320) 968-8152

**INVOICE**

Brian Gerry Maleska vs. Brandon Lee Ganz

| | |
|---|---|
| Invoice# | 1630 |
| Court File# | 16-32918 |
| Source File# | |
| Civil File# | 16001507 |
| Date | 12-15-2016 1436 |

Brian Gerry Maleska
37013 County Road 2
St Joseph, MN 56374

**Process Type:** Summons and Complaint

| Documents | |
|---|---|
| Type | Title |
| Bankruptcy Summons and Complaint | |

| Billables | | | | | |
|---|---|---|---|---|---|
| Billable Type | Service Date/Time | Notes | Quantity | Unit Price | Cost |
| | | | | Total: | $ 0.00 |

| Payments | | | | |
|---|---|---|---|---|
| Payment Type | Date | Check# | Description | Amount |
| Advance Fee | 12-15-2016 | CASH | | 50.00 |
| | | | Total: | $ 50.00 |

Invoice Total: $ 0.00
Payment Total: $ 50.00
**Total Due:** $ -50.00

Please call the Civil Division with any questions.

STATE OF MINNESOTA
COUNTY OF BENTON

## CERTIFICATE OF SERVICE

I hereby certify that on the _____ day of _____, 20____, at _____ hours, at_____, in the City/Township of _____, in the County of Benton, State of Minnesota, I duly served the following:

____ Summons & Complaint        ____ Summons & Petition       ____ Order to Show Cause
____ Eviction Summons            ____ Subpoena                 ____ Notice of Motion & Motion
     & Complaint                                                   ____ Affidavit
____ Emergency (ExParte) Order for Protection, Affidavit and Petition, Domestic Abuse Instruction Sheet, and Petition for Hearing Form
____ Order Granting Petition for ExParte Harassment Restraining Order, Affidavit and Petition, Important Notice to Respondent, and Request for Hearing

_____
_____
_____

UPON THE FOLLOWING PARTY: _____
____ by **personally** leaving a copy with _____
____ by leaving a copy at the place of _____'s usual abode with _____, a person of suitable age and discretion then residing therein.
____ I left with _____ personally the sum of $_____ garnishment fees.
____ I left with _____ personally the sum of $_____ witness fees for attendance and mileage.

## CERTIFICATE OF NONSERVICE

____ I certify that I received the attached civil process on forcible entry and unlawful detainer on _____, 20____, and that after a due and diligent search and careful inquiry at the (usual place of abode)(business), I have been unable to find or make service of said process on the following person(s): _____

_____        _____
Date and Time                       Date and Time

## POSTING, UNLAWFUL DETAINER

____ On the ____ day of _____ 20____, pursuant to the request of the Plaintiff/Agent/Attorney herein, and in compliance with Minnesota Statutes Section and Chapter 566.06, I served the attached Eviction Summons and Complaint by posting a true copy thereof in a conspicuous place upon the building located at _____, Minnesota.

## CERTIFICATE OF UNSERVED PROCESS

XX  The attached process is returned for the following reason(s): Brandon Lee Ganz
    c/o Andy's Towing, 675 Crescent St NE, St. Cloud and 1595 Peach Ct, Sauk Rapids
____ Person unknown at address              ____ Service Cancelled by Litigant
XX  Person Moved, New Address Unknown       ____ Unable to Locate Before Court Date
____ Person Moved, New Address:_____    XX  May have moved to St. Joseph MN, unknown address.

$ 50.00        Sheriff's Fee           Troy Heck
_____        Travel                  Sheriff of Benton County

$ 50.00        TOTAL           By: _Cody L. Eisenschenk_____
                                    Deputy Sheriff (signature)
                                    Cody Eisenschenk #4528
                                    Deputy Sheriff (printed)
                               Date: 12/24/16

# Benton County Sheriff's Office

Civil Process
581 Hwy 23, PO Box 159
Foley, MN 56329
(320) 968-8152

**INVOICE**

Brian Gerry Maleska vs. Brandon Lee Ganz

| | |
|---|---|
| Invoice# | 1630 |
| Court File# | 16-32918 |
| Source File# | |
| Civil File# | 16001507 |
| Date | 12-15-2016 1436 |

Brian Gerry Maleska
37013 County Road 2
St Joseph, MN 56374

**Process Type:** Summons and Complaint

| Documents | |
|---|---|
| Type | Title |
| Bankruptcy Summons and Complaint | |

| Billables | | | | | |
|---|---|---|---|---|---|
| Billable Type | Service Date/Time | Notes | Quantity | Unit Price | Cost |
| Service Fee | 12-23-2016 1744 | Not Found/Brandon Lee Ganz | 1 | 50.00 | 50.00 |
| | | | | Total: | $ 50.00 |

| Payments | | | | |
|---|---|---|---|---|
| Payment Type | Date | Check# | Description | Amount |
| 01-200-000-0000-5500 Civil Process | 12-15-2016 | CASH | | 50.00 |
| | | | Total: | $ 50.00 |

| | |
|---|---|
| Invoice Total: | $ 50.00 |
| Payment Total: | $ 50.00 |
| **Total Due:** | **$ 0.00** |

Please call the Civil Division with any questions.

United States Bankruptcy Court: District of Minnesota

Case Number: 16-32918

Debtor: Brandon Lee Ganz

1595 Peach Court NE

Sauk Rapids, MN 56379

DOB: 03/29/1988

Creditor: Brain Gerry Maleska

37013 Co Rd 2

Saint Joseph, MN 56374

DOB: 01/27/1984

Jurisdiction: Plaintiff and Defendant and Transferred business are all located in Minnesota.

Narrative Statement:

    May 12th Brandon Lee Ganz took possession of Cowboy Cycle

    June 6th of 2014 Brandon Lee Ganz agreed and signed a purchase agreement with Brian Gerry Maleska for the purchase of Cowboy Cycle for the amount of $50,000.00. Brandon Lee Ganz implied the liquidation of his retirement to purchase Cowboy Cycle. Brandon Ganz stated in his bankruptcy filing he has no funds in a retirement account.

Ganz was to have paid for Cowboy Cycle by June 15th according to the purchase agreement.

On July 6th of 2014 Brian Maleska and Ronald Maleska were at Brian Maleska's residency when approached by Ganz. He told Maleska that if he didn't take $30,000 for the business he would turn him in to the IRS. Ganz withheld receipts from when Maleska owned Cowboy Cycle and was attempting to black mail Maleska. (See attached text message)

July 7th of 2014 Brain and Ronald Maleska went to Cowboy Cycle to talk with Ganz about payment. Ganz had the police escort them off the property. (See Police report)

Cowboy Cycle was in business through August. Brandon took over half of the businesses asset and inventory to Sturgis Bike Rally in South Dakota on August 4th 2014. When returning August 9th near Faith, South Dakota on Highway 212 the trailer of inventory and equipment started on fire the trailer and everything inside was destroyed. Maleska was an additional policyholder through Colonial Insurance. Maleska did not receive convensation for the lost inventory.

Ganz neglected to pay lease to Myrel Neumann; therefore he was locked out of the business located at 2767 Quail Road NE Sauk Rapids, MN. Unsure of the exact date. After a year of no payment from Ganz, Neumann liquidated the rest of the business to recoup some of his loss from the lease. Ganz paid One month of the twenty-four month lease for the shop. After three months of non-payment Ganz was locked out. February of 2015 there was multiple break-ins to the building after Ganz was locked out. Attached there are 2 police reports.

.

Allegations: Ganz swindled and stole Cowboy Cycle from Maleska, with no intention of payment.

There relief Brian Gerry Maleska is seeking from Brandon Lee Ganz is the $50,000 that was granted from the judge in the earlier settle case between Ganz and Maleska.

*[signature]*

12-12-16

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

| In re:<br>Brandon Lee Ganz                Debtor(s)<br>Brian Gerry Maleska        v.    Plaintiff(s)<br>Brandon Lee Ganz               Defendant(s) | **SUMMONS**<br>Adv. 16-03135<br>Bky. 16-32918 |
|---|---|

To the defendant(s) named above:

You are summoned and required to serve upon the attorney for the plaintiff(s), whose name and address is subscribed to the annexed complaint, an answer under Bankruptcy Rule 7012 to the complaint which is herewith served upon you, within thirty (30) days after the date this summons was issued, except that the United States and its officers and agencies shall file a motion or answer to the complaint within 35 days, and to forthwith file the answer with the clerk of this court. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Witness my official signature
and the seal of said court at
St. Paul in District of Minnesota

s/Lori Vosejpka
Clerk, United States Bankruptcy Court

Dated: 12/12/16



By: jamiesmith
Deputy Clerk
United States Bankruptcy Court
200 Warren E Burger Federal Building and
US Courthouse
316 N Robert St
St Paul, MN 55101

---

**NOTE** -- The summons with complaint annexed is to be served within 7 days after the date issued under Bankruptcy Rule 7004(e). If the debtor is a defendant and represented by an attorney, the debtor and the attorney are each served separately under Rule 7004(b). Pursuant to Bankruptcy Rule 7004(b)(3), if the defendant is a corporation, partnership or other unincorporated association, a copy of the summons and complaint shall be served to the attention of an officer, a managing or general agent, or to any other agent authorized by appointment or by law to receive service of process and, if the agent is one authorized by statute to receive service and the statute so requires, by also mailing a copy to the defendant.
02/15/93; 03/17/99;06/01/99;02042003

mnbsumad 11/14



RECEIVED
DEC 1 5 2016
BENTON COUNTY
SHERIFF'S OFFICE