

This is for proof that on march 3 I called robert to talk to him about Brandon Ganz's case and try to get his adress because I was trying to serve him papers . He told me that he is no longer has anything to do with Mr Ganz's case and to call the courts to get his new adress.



On march 21st after I telephone meeting with the judge and I now know that Robert is now representing Mr Ganz I called him to see if there was any papers or documents that he would want me to send him and he told me there was nothing that he needed from me.



These 2 pictures are just to show that there wasn't any were to park and wait for Mr Ganz to come home or leave so we could try and serve him since he would never come to the door for someone to try and serve him the papers

Brandon avoided anyone that could be looking for him just ask Alex stein 763-443-0038 ( Snap On dealer)who only was trying to get his tools back that he never payed for . He was aslo avoiding the police when they came to his door to serve him.